IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BRADLEY SMITH,                      )
                                    )
            Plaintiff,              )
                                    )
    vs.                             )   No. CIV-15-726-C
                                    )
JACKSON COUNTY JAIL,                )
MS. FNU STEPANOVIC, Court Clerk     )
for Jackson County, and U BRIDGES,  )
Jail Administrator,                 )
                                    )
            Defendants.             )

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Charles B. Goodwin on October 28, 2015. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 18) is adopted and the Amended Complaint is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of December, 2015.

ROBIN J. CAUTHRON
United States District Judge